FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, Appellant,

v.

BOGARDUS & BARB, INC., Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

T. L. Wolford, Eugene B. Cochran, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, for appellant.

William J. Baird, Baird & Hays, O. T. Hinton, Pikeville, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

STEPHENSON, J., not sitting.

---

Norman Tommy LANDRUM, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

Anthony M. Wilhoit, Public Defender, J. Vincent Aprile II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., George Geoghegan III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

---

James R. YOCOM, Commissioner of
Labor, etc., Appellants,

v.

Alvin HAMILTON et al., Appellees.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

Thomas L. Ferreri, Department of Labor, Frankfort, Attorney for Special Fund, for appellants.

Kelsey E. Friend and R. Roland Case, Pikeville, J. Keller Whitaker, Dir., Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing.*

---

Ronald Wayne WILLIAMS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 1, 1974.

Rehearing Denied April 26, 1974.

Anthony M. Wilhoit, Anna H. Isaacs, David E. Murrell, Public Defenders, Frankfort, for appellant.

Ed Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

---

* Opinion ordered not to be published.